# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE HOOD,<br><br>Defendant. | Case No. 1:17-cr-00040-DAD-BAM<br><br>**ORDER SETTING BRIEFFING SCHEDULE ON DEFENDANT LESLIE HOOD'S MOTION FOR DISCOVERY AND INSPECTION REQUEST**<br><br>(Doc. No. 119) |

On December 19, 2019, Defendant Leslie Hood ("Defendant") filed a Motion for Discovery and Inspection Request. (Doc. No. 119.) The Court sets briefing deadlines regarding the motion.

Accordingly, IT IS HEREBY ORDERED:

1. The United States' opposition or statement of non-opposition to the Motion for Discovery and Inspection Request (Doc. No. 119) shall be due on or before **January 21, 2020**;

2. Defendant's reply in support of the Motion for Discovery and Inspection Request (Doc. No. 119) shall be due on or before **January 31, 2020;** and

3. The Motion for Discovery and Inspection Request (Doc. No. 119) shall be set for a hearing on **February 10, 2020 at 03:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**

IT IS SO ORDERED.

Dated: __January 3, 2020__      /s/ *Barbara A. McAuliffe*
         UNITED STATES MAGISTRATE JUDGE

1