1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO. 1:17-CR-0040 DAD BAM

12              Plaintiff,              ORDER SEALING DOCUMENTS AS SET FORTH
                                        IN GOVERNMENT'S NOTICE
13       v.

14 LESLIE HOOD,

15              Defendant.

16

17       Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the government's Affidavit pertaining to defendant

19 LESLIE HOOD , and government's Request to Seal shall be SEALED until further order of this Court.

20       It is further ordered that access to the sealed documents shall be limited to the government.

21       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

22 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

23 the government's request, sealing the government's motion serves a compelling interest. The Court

24 further finds that, in the absence of closure, the compelling interests identified by the

25 / / /

26 / / /

27 / / /

28 / / /

1

government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

    Dated:   **January 6, 2020**           **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES CHIEF DISTRICT JUDGE