IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:17-CR-00040-2-DAD |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING STAND-BY COUNSEL** |
| LESLIE HOOD, | ) ) | |
| Defendant. | ) ) | |

On October 11, 2019, this court appointed Michael Berdinella to be stand by counsel under the court's inherent authority pursuant to § 220.55.30 of the Guide to Judiciary Policy, Vol 7 Defender Services, Part A. On February 10, 2020, this court relieved Mr. Berdinella and ordered new stand-by counsel be appointed. CJA counsel, Richard A. Beshwate has agreed to accept appointment.

IT IS HEREBY ORDERED that Richard A. Beshwate be appointed as Stand-by Counsel under the Court's Inherent Authority in this case effective February 20, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **February 20, 2020**      /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE