IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:17-CR-00040-2-DAD |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **APPOINTING STAND-BY COUNSEL** |
| LESLIE HOOD, | ) | |
| Defendant. | ) | |

On February 21, 2020, this court appointed Richard Beshwate to be Stand-By counsel under the court's inherent authority pursuant to § 220.55.30 of the Guide to Judiciary Policy, Vol 7 Defender Services, Part A. On February 27, 2020, this court relieved Mr. Beshwate, due to counsel's calendar conflicts and heavy trial calendar, and ordered new Stand-By counsel be appointed. CJA counsel, Barbara H. O'Neill, has agreed to accept appointment.

IT IS HEREBY ORDERED that Barbara H. O'Neill be appointed as Stand-By Counsel under the Court's Inherent Authority in this case effective *nunc pro tunc* to February 27, 2020, substituting Richard Beshwate.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **February 27, 2020**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

-1-