# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE HOOD,<br><br>Defendant. | Case No. 1:17-cr-00040-DAD-BAM<br><br>**ORDER CONTINUING MARCH 30 STATUS CONFERENCE TO APRIL 20, 2020** |

You are hereby notified that in compliance with Eastern District of California General Orders 611 and 612, issued on March 17 and 18, 2020, the hearing in this action currently scheduled for March 30, 2020 is vacated and continued at this time to April 20, 2020 at 11:00 a.m. Department 8. Time is excluded under the Speedy Trial Act from the date of this order until the new hearing date, as well as 18 U.S.C. § 3161(h)(7) based upon this court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial in light of the public health emergency posed by the coronavirus (COVID-19) outbreak and the circumstances more fully explained in this court's General Orders 611 and 612 which were issued on March 17 and 18, 2020.

Counsel in this matter and the investigator appointed on this case may appear by telephone with each party using the following dial-in number and access code: dial-in number **1-877-411-9748; access code 3219139**. The Clerk of the Court is directed to serve a copy of this order on the Federal Defender's Office, Connie Garcia, CJA Panel Administrator, on the Pipkin Detective Agency at 4318 W Mineral King, Visalia, CA 93291, and on Central Valley Toxicology at 1580 Tollhouse Rd, Clovis, CA 93611.

1

The Clerk of the Court is directed to serve copies of General Orders 611 and 612 on pro se Defendant Leslie Hood.

IT IS SO ORDERED.

Dated: **March 26, 2020**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE