McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
JESSICA A. MASSEY
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LESLIE HOOD,<br><br>    Defendant. | CASE NO.  1:17-CR-0040-DAD-BAM;<br><br>STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S SPEEDY TRIAL MOTION [Doc. No. 154] |

**BACKGROUND**

On July 9, 2020, defendant, who is proceeding pro se in this matter, filed his "Motion Objecting to Court Denying Defendant's 6th Amendment Right to a Speedy Trial" (Doc. 154).  The parties in this case desire to set a briefing schedule that will allow them to adequately address the legal and factual matters raised by the motion.

THEREFORE, defendant Leslie Hood, and the United States of America, by and through its counsel of record, Assistant United States Attorney Michael G. Tierney, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

    1.    Any opposition by the United States must be filed on or before July 30, 2020.

    2.    Any reply by the defendant must be filed on or before August 13, 2020.

    3.    If the court desires to set a hearing on the motion, the parties request either August 20,

2020 or August 27, 2020.

DATED: July 15, 2020

By:   /s/ Leslie Hood
      LESLIE HOOD
      Defendant

DATED: July 15, 2020                  McGREGOR W. SCOTT
                                         United States Attorney

By:   /s/ Michael G. Tierney
      MICHAEL G. TIERNEY
      Assistant U.S. Attorney

## **ORDER**

The court adopts the briefing schedule proposed by the parties in their stipulation and set defendant's motion for hearing by videoconference on August 24, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **July 16, 2020**                        /s/ Dale A. Drozd
                                                      UNITED STATES DISTRICT JUDGE