McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
JESSICA A. MASSEY
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>LESLIE HOOD,<br><br>　　　Defendant. | CASE NO.  1:17-CR-0040-DAD-BAM;<br><br>ORDER TO PRODUCE EXHIBITS FOR REWEIGHING BY THE DEFENSE |

## **BACKGROUND**

On October 20, 2020 the Court directed the United States to submit a proposed order regarding examination of the drug exhibits in this case.  The below order covers authorizes sampling and testing of that sample.  Once accomplished, the United States will speak with defendant, standby counsel, and the defense investigator to determine whether the defendant continues to request a reweighing.

## **ORDER**

UPON THE DEFENDANT'S MOTION for an order that requires the Government to produce, for **qualitative (identification) and quantitative (purity) retesting** by a defense expert a representative sample of the controlled substance exhibits the Government intends to introduce in its case-in-chief,

IT IS HEREBY ORDERED, in accordance with Fed. R. Crim. P. 16(a)(1)(E), that the

1

Government shall provide a representative sample extracted from those exhibits identified as DEA LIMS: 2016-SFL7-02610 (DEA exhibit 7), 2016-SFL7-02611 (DEA exhibit 8) and 2016-SFL7-02612 (DEA exhibit 9); sufficient in its discretion to perform the re-analyses. **The representative sample is taken from the composite and the Government will livestream (that is, a live video feed) its collection of the representative sample for the Defendant's representative(s) to observe at a mutually agreeable date and time. No recording of any kind will be permitted, including but not limited to video recording or photography. Defendant will ensure that his representative(s) receives a copy of this order and understands the representative(s) is bound by its terms**;

IT IS FURTHER ORDERED that the defendant shall identify any representative who will view the livestream by name and provide an email address and phone number for the Government to make logistical arrangements for the viewing;

IT IS FURTHER ORDERED that the Government shall deliver, in its discretion and in a manner consistent with the type and quantity of controlled substance at issue, and considering the defense expert's proximity to the DEA laboratory, a representative sample of the exhibits identified above to the defense expert, who has been specifically identified as **William Posey** at the laboratory that has been specifically identified as **Central Valley Toxicology**, which is physically located at **1580 Tollhouse Rd., Clovis, CA 93611** and with a mailing address of **1580 Tollhouse Rd., Clovis, CA 93611**.  The expert shall possess and present in advance, as a prerequisite to the delivery of the exhibits, a current and valid DEA registration **RC0112095** sufficient to perform the re-analyses of the schedule of controlled substance at issue, in accord and in full compliance with the applicable DEA registration procedures, found at 21 C.F.R. § 1301.11 *et seq.*; and

IT IS FURTHER ORDERED that, upon delivery of the exhibits to the defense expert, the expert shall sign and return by Registered Mail, Return Receipt Requested, or to the specified email address, all accompanying forms (including Form DEA-12, "Receipt For Cash Or Other Items") indicating receipt of the sample. The defense expert shall conduct the retesting ordered herein, and shall provide the Government with a Declaration Under Penalty of Perjury pursuant to 28 U.S.C. §

1746. The Declaration will state the quantity of each exhibit consumed during analysis (if any) as well as the weight of each sample both received from and returned to the Government. **The defense expert shall report quantitative results as the hydrochloride salt in addition to any other manner to which the expert is accustomed.** The Declaration shall be delivered to the Government immediately upon completion of the re-analyses ordered herein; and

IT IS FURTHER ORDERED that, in accordance with Fed. R. Crim. P. 16(b)(1)(B), the defendant shall provide the Government with a copy of the results or reports of the re-analyses under this Order; and

IT IS FURTHER ORDERED that:

(1) The defense shall coordinate with the Government a convenient date and time for the **representative sample collection** and re-analyses ordered herein, which dates shall be within thirty (30) days of the date of this Order;

(2) The defense expert's analyses may be observed by a Government law enforcement officer, who reserves the right to videotape the re-analyses or any portion thereof;

(3) The defense expert is responsible for safeguarding the samples, preserving the chain of custody in a manner to faithfully protect its integrity;

(4) The defense expert is responsible for repackaging each internal sample package into a heat-sealed evidentiary envelope, which heat-sealed container shall be placed into a separate heat-sealed envelope, which shall be secured in such a manner that tampering will be readily observable;

(5) Upon completion of any other reanalysis, the defense expert shall return any residual substance and its original packaging to the law enforcement officer or, where applicable, to the originating DEA laboratory by secure method, not to include regular mail. The method can be secured delivery services (i.e., barcode tracking systems) offered by the United States Postal Service (such as registered mail) or by a commercial carrier;

(6) All reanalysis must be completed within ten (10) calendar days from the date of receipt of the sample(s)/exhibit(s). Return of any residual substance and its original packaging must occur within five (5) calendar days following completion of the reanalysis.

(7) Any failure to follow the aforementioned procedures will render the reanalysis results scientifically unreliable, as those terms are used in the Federal Rules of Evidence.

IT IS SO ORDERED.

Dated:   **October 27, 2020**

UNITED STATES DISTRICT JUDGE