# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:17-cr-00040-DAD-BAM |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR RECONSIDERATION** |
| v. | |
| LESLIE HOOD, | (Doc. No. 179, 181.) |
| Defendant. | |

Plaintiff has filed two motions (Doc. 179 and 181) for reconsideration of orders denying discovery related to the Alabama affidavit.  Any opposition to the motions shall be filed by December 4, 2020.  Any reply by Plaintiff shall be filed by December 18, 2020. If the Court determines that a hearing will be necessary following review of the record and briefs on file, a hearing will be set by the Court.

IT IS SO ORDERED.

Dated:   **November 17, 2020**                    /s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE