Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Leslie Hood

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE HOOD,<br><br>Defendant. | CASE No:  1:17-CR-00040-DAD<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING DATE AND ORDER |

Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

1.  This matter is set for sentencing on Monday, March 28, 2022 at 9 a.m.

2.  By this stipulation, the parties now move to continue the sentencing date to May 23, 2022 at 9 a.m.

3.  The parties agree and stipulate and request that the court grant the continuance.  More time is needed for probation to gather all the information necessary to prepare the PSR.  The pandemic has made it more difficult to interview Mr. Hood.  Counsel also needs more time to investigate sentencing issues.  Both parties agree that time is excluded to and including May 23, 2022.

IT IS SO STIPULATED:

DATED:  February 28, 2022                                  Respectfully submitted,


                                                  /s/ Barbara Hope O'Neill
                                                    Barbara Hope O'Neill
                                                    Attorney for Leslie Hood


DATED:  February 28, 2022                                      s/s Michael G. Tierney
                                                      Michael G. Tierney
                                                    Assistant United States Attorney


                                                  ORDER

IT IS SO ORDERED.

    Dated:  **February 28, 2022**                          /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE