Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney for Leslie Hood

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE No:  1:17-CR-00040-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING DATE AND ORDER |
| v. | |
| LESLIE HOOD, | |
| Defendant. | |

    Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

    1.  This matter is set for sentencing on Monday, May 23, 2022 at 9 a.m.

    2.  By this stipulation, the parties now move to continue the sentencing date to July 11, 2022 at 9 a.m.

    3.  The parties agree and stipulate and request that the court grant the continuance.  Both parties agree that time is excluded to and including July 11, 2022.  The case involves complex sentencing issues that require more time for research.

IT IS SO STIPULATED:

1

DATED: March 26, 2022                                    Respectfully submitted,

                                                        /s/ Barbara Hope O'Neill
                                                        Barbara Hope O'Neill
                                                        Attorney for Leslie Hood

DATED: March 26, 2022                                         s/s Michael G. Tierney
                                                        Michael G. Tierney
                                                        Assistant United States Attorney

DATED: March 26, 2022                                         s/s   Jessica A. Massey
                                                        Jessica A. Massey
                                                        Assistant United States Attorney

ORDER

Pursuant to the stipulation of the parties, the sentencing hearing in this case is hereby continued to July 11, 2022 at 9 a.m.

IT IS SO ORDERED.

Dated:   **April 27, 2022**                                        _Dale A. Drozd_
                                                                 UNITED STATES DISTRICT JUDGE