# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>LESLIE HOOD,<br>    Defendant. | ) U.S.D.C. No 1:17-cr-00040-DAD-BAM<br>) Eastern District of California<br>)<br>) [U.S.C.A.  No.22-10207]<br>)<br>) **ORDER GRANTING APPOINTED COUNSEL'S REQUEST TO OBTAIN COPIES OF SEALED TRANSCRIPTS** |

The Court hereby orders that the request of Andrea R. St. Julian to receive a copy of the transcript of the sealed proceedings held on December 11, 2017; August 26, 2019; September 9, 2019; September 30, 2019 before Magistrate Judge Barbara A. McAuliffe be granted.

IT IS SO ORDERED.

Dated:   __October 24, 2022__          _____/s/ _Barbara A. McAuliffe_____
UNITED STATES MAGISTRATE JUDGE